UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| LYKINS OIL COMPANY, | : | Case no. 1:14-cv-00832-SSB-KLL |
| Plaintiff, | : | Judge Sandra S. Beckwith |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| HOSKINS OIL COMPANY, LLC, | : | DEFAULT JUDGMENT ENTRY |
| and | : | |
| LEGACY TRANSPORT, LLC | : | |
| and | : | |
| JEFF HOSKINS, | : | |
| Defendants. | : | |

This case is before the Court on the motion (dkt. 10) of plaintiff Lykins Oil Company for default judgment against all defendants. The motion is well-taken and it is granted.

Judgment is hereby entered in favor of Lykins Oil Company on counts one (civil theft) and six (civil conspiracy) of the complaint against defendants Jeff Hoskins, Hoskins Oil Company, LLC, and Legacy Transport, LLC, jointly and severally, in the amount of $1,953,086.73, plus interest at the statutory rate provided for in 28 U.S.C. §1961 from the date of judgment until paid, compounded annually. Count two (fraud), count three (breach of contract), count four (unjust enrichment), and count five (piercing the corporate veil) of the complaint are dismissed without prejudice because they are moot.

Date: 4/13/15

By: /s/ Sandra S. Beckwith
Sandra S. Beckwith, Sr. USDJ