You also are ordered to hold safely anything of value that belongs to the judgment debtor and that has to be paid to the court, as determined under the "ANSWER OF GARNISHEE" in section (B) of this form, but that is of such a nature that it cannot be so delivered, until further order of the court.

Witness my hand and the seal of this court this ..27.. day of July, 2016.

..Karen L. Litkovitz..
Judge

## SECTION B. ANSWER OF GARNISHEE

Now comes ...Home Federal Bank..., the garnishee, who says:

1. That the garnishee has more than $400 in money, property, or credits, other than personal earnings, of the judgment debtor under the garnishee's control and in the garnishee's possession.

   ...No... indicate "yes" or "no"

   .................... if yes, indicate amount over $400

2. That property is described as:

   ...$107.56...

3. If the answer to line 1 is "yes" and the amount is less than the probable amount now due on the judgment, as indicated in section (A) of this form, sign and return this form and pay the amount of line 1 to the clerk of this court.

4. If the answer to line 1 is "yes" and the amount is greater than that probable amount now due on the judgment, as indicated in section (A) of this form, sign and return this form and pay that probable amount now due to the clerk of this court.

5. If the answer to line 1 is "yes" but the money, property, or credits are of such a nature that they cannot be delivered to the clerk of the court, indicate that by placing an "X" in this space: .......... Do not dispose of that money, property, or credits or give them to anyone else until further order of the court.

6. If the answer to line 1 is "no," sign and return this form to the clerk of this court.

I certify that the statements above are true.

Home Federal Bank
(Print Name of Garnishee)

Evelyn Carr Central Operations
(Print Name and Title of Person Who Completed Form)

Signed Evelyn Carr
(Signature of Person Completing Form)

Dated this 18 day of Aug 2016/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **LYKINS OIL COMPANY,** | : | Case no. 1:14-cv-00832-SSB-KLL |
| Plaintiff, | : | Judge Sandra S. Beckwith |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| **HOSKINS OIL COMPANY, LLC,** | : | **ORDER AND NOTICE OF GARNISHMENT OF PROPERTY OTHER THAN PERSONAL EARNINGS** |
| and | : | |
| **LEGACY TRANSPORT, LLC** | : | |
| and | : | |
| **JEFF HOSKINS,** | : | |
| Defendants. | : | |

**SECTION A.** COURT ORDER AND NOTICE OF GARNISHMENT

To: Home Federal Bank, Garnishee

The judgment creditor in the above case has filed an affidavit, satisfactory to the undersigned, in this Court stating that you may have money, property, or credits, other than personal earnings, in your hands or under your control that belong to the judgment debtor.

You are therefore ordered to complete the "ANSWER OF GARNISHEE" in section (B) of this form. Return one completed and signed copy of this form to the clerk of this court together with the amount determined in accordance with the "ANSWER OF GARNISHEE" by the following date on which a hearing is tentatively scheduled relative to this order of garnishment: ............ Deliver one completed and signed copy of this form to the judgment debtor prior to that date. Keep the other completed and signed copy of this form for your files.

The total probable amount now due on this judgment is $1,958,609.00 (as of July 26, 2016). The total probable amount now due includes the unpaid portion of the judgment in favor of the judgment creditor, which is $1,953,086.73; and interest on that judgment at the rate and on the terms provided for in 28 USC § 1961.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **LYKINS OIL COMPANY,** | : | Case no. 1:14-cv-00832-SSB-KLL |
| Plaintiff, | : | Judge Sandra S. Beckwith |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| **HOSKINS OIL COMPANY, LLC,** | : | **NOTICE TO THE JUDGMENT DEBTOR** |
| and | : | |
| **LEGACY TRANSPORT, LLC** | : | |
| and | : | |
| **JEFF HOSKINS,** | : | |
| Defendants. | : | |

You are hereby notified that this court has issued an order in the above case in favor of Lykins Oil Company, the judgment creditor in this proceeding, directing that some of your money in excess of four hundred dollars, property, or credits, other than personal earnings, that now may be in the possession of Home Federal Bank, the garnishee in this proceeding, be used to satisfy your debt to the judgment creditor. This order was issued on the basis of the judgment creditor's judgment against you that was obtained in the above-captioned matter on April 13, 2015. Upon your receipt of this notice, you are prohibited from removing or attempting to remove the money, property, or credits until expressly permitted by the court. Any violation of this prohibition subjects you to punishment for contempt of court.

The law of Ohio and the United States provides that certain benefit payments cannot be taken from you to pay a debt. Typical among the benefits that cannot be attached or executed upon by a creditor are the following:

    (1) Workers' compensation benefits;

    (2) Unemployment compensation payments;

    (3) Cash assistance payments under the Ohio works first program;

    (4) Benefits and services under the prevention, retention, and contingency program;

(5) Disability financial assistance administered by the Ohio department of job and family services;

(6) Social security benefits;

(7) Supplemental security income (S.S.I.);

(8) Veteran's benefits;

(9) Black lung benefits;

(10) Certain pensions.

There may be other benefits not included in the above list that apply in your case.

If you dispute the judgment creditor's right to garnish your property and believe that the judgment creditor should not be given your money, property, or credits, other than personal earnings, now in the possession of the garnishee because they are exempt or if you feel that this order is improper for any other reason, you may request a hearing before this court by disputing the claim in the request for hearing form, appearing below, or in a substantially similar form, and delivering the request for hearing to this court at the above address, at the office of the clerk of this court no later than the end of the fifth business day after you receive this notice. You may state your reasons for disputing the judgment creditor's right to garnish your property in the space provided on the form; however, you are not required to do so. If you do state your reasons for disputing the judgment creditor's right, you are not prohibited from stating any other reason at the hearing. If you do not state your reasons, it will not be held against you by the court, and you can state your reasons at the hearing. NO OBJECTIONS TO THE JUDGMENT ITSELF WILL BE HEARD OR CONSIDERED AT THE HEARING. If you request a hearing, the hearing will be limited to a consideration of the amount of your money, property, or credits, other than personal earnings, in the possession or control of the garnishee, if any, that can be used to satisfy all or part of the judgment you owe to the judgment creditor.

If you request a hearing by delivering your request for hearing no later than the end of the fifth business day after you receive this notice, it will be conducted in #.6.. courtroom .7.0.8., at the United States District Court for the Southern District of Ohio, Potter Stewart United States Courthouse, 100 East Fifth Street, Cincinnati, Ohio 45202, at 3:00 p.m. on 25th August, 2016 You may request the court to conduct the hearing before this date by indicating your request in the space provided on the form; the court then will send you notice of any change in the date, time, or place of the hearing. If you do not request a hearing by delivering your request for a hearing no later than the end of the fifth business day after you receive this notice, some of your money, property, or credits, other than personal earnings, will be paid to the judgment creditor.

If you have any questions concerning this matter, you may contact the office of the clerk of this court. If you want legal representation, you should contact your lawyer immediately. If you need the name of a lawyer, contact the local bar association.

Richard W. Nagel, Clerk of Court
Clerk of the Court

7/27/16
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **LYKINS OIL COMPANY,** | : | Case no. 1:14-cv-00832-SSB-KLL |
| Plaintiff, | : | Judge Sandra S. Beckwith |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| **HOSKINS OIL COMPANY, LLC,** | : | |
| and | : | |
| **LEGACY TRANSPORT, LLC** | : | |
| and | : | |
| **JEFF HOSKINS,** | : | |
| Defendants. | : | |

## REQUEST FOR HEARING

I dispute the judgment creditor's right to garnish my money, property, or credits, other than personal earnings, in the above case and request that a hearing in this matter be held

............................................................ (Insert "on" or "earlier than") the date and time set forth in the document entitled "NOTICE TO THE JUDGMENT DEBTOR" that I received with this request form.

I dispute the judgment creditor's right to garnish my property for the following reasons (Optional):

............................................................................................................................

............................................................................................................................

............................................................................................................................

I UNDERSTAND THAT NO OBJECTIONS TO THE JUDGMENT ITSELF WILL BE HEARD OR CONSIDERED AT THE HEARING.

..............................................................
(Name of Judgment Debtor)


..............................................................
(Signature)


..............................................................
(Date)

WARNING: IF YOU DO NOT DELIVER THIS REQUEST FOR HEARING OR A REQUEST IN A SUBSTANTIALLY SIMILAR FORM TO THE OFFICE OF THE CLERK OF THIS COURT WITHIN FIVE (5) BUSINESS DAYS OF YOUR RECEIPT OF IT, YOU WAIVE YOUR RIGHT TO A HEARING AND SOME OF YOUR MONEY, PROPERTY, OR CREDITS, OTHER THAN PERSONAL EARNINGS, NOW IN THE POSSESSION OF HOME FEDERAL BANK WILL BE PAID TO LYKINS OIL COMPANY TO SATISFY SOME OF YOUR DEBT TO LYKINS OIL COMPANY.



**STAGNARO, SABA & PATTERSON CO., L.P.A.**

HYDE PARK SQUARE OFFICE
2623 ERIE AVE, CINCINNATI, OH 45208



neopost
08/18/2016
US POSTAGE $00.20

ZIP 40965
041L11241383



neopost
08/01/2016
US POSTAGE $00.46

FIRST-CLASS MAIL

ZIP 45208
041L11237607

Southern District of Ohio
Office of the Clerk
Potter Stewart US Courthouse, Room 103
100 East Fifth Street
Cincinnati, OH 45202