UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:14cv00832 (WOB-KLL)

LYKINS OIL CO.                                              PLAINTIFF

VS.                              O R D E R

HOSKINS OIL CO., LLC,
ET AL.                                                      DEFENDANTS

This matter is before the Court on the Report and Recommendation and Certification of Facts entered by the United States Magistrate Judge on March 29, 2017. (Doc. 48). No objections have been filed thereto.

The Magistrate Judge recommends that defendant Jeff Hoskins be held in contempt for: (1) failure to appear for a judgment debtor examination set by Order of the Court for February 27, 2017; and (2) failure to appear before the Magistrate Judge on March 21, 2017, as ordered by the Court. The Magistrate Judge notes that an acknowledgment of service on Hoskins of the Order setting the latter hearing was docketed on March 9, 2017. (Doc. 44). Defendant Hoskins did not appear at the hearing, did not notify the Court that he would not appear, and did not seek a continuance or otherwise object.

The Court has reviewed the Report and Recommendation and Certification of Facts, and having reviewed the record *de novo*,

and being otherwise advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 48) be, and is hereby, **ADOPTED**.

The Court **ORDERS** that defendant Jeff Hoskins appear before the undersigned to show cause why he should not be held in contempt on **FRIDAY, JUNE 2, 2017 AT 11:00 A.M. IN COURTROOM 4, ROOM 842 OF THE POTTER STEWART UNITED STATES COURTHOUSE, 100 EAST FIFTH STREET, CINCINNATI, OHIO 45202.**

Defendant Hoskins is cautioned that failure to appear for this hearing, without leave of Court, will result in **A BENCH WARRANT BEING ISSUED FOR HIS IMMEDIATE ARREST.**

This 17th of May, 2017.



Signed By:
*William O. Bertelsman* WOB
United States District Judge